## LOPEZ v. STATE.
### No. 25908.

Court of Criminal Appeals of Texas.
June 25, 1952.

Rehearing Denied Oct. 15, 1952.

No attorney for appellant of record on appeal.

George P. Blackburn, State's Atty., Austin, for the State.

DAVIDSON, Commissioner.

This is an appeal from the order revoking the suspension of the execution of sentence and placing appellant upon parole.

The record before us does not contain a statement of facts or bills of exception. Nothing is presented for review.

The judgment is affirmed.

Opinion approved by the court.